**COLONIAL FEDERAL SAVINGS & LOAN, Respondent,**

v.

**Olivette J. KASSEL, Appellant.**

**No. 50131.**

Missouri Court of Appeals, Eastern District, Division Five.

Dec. 17, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 21, 1986.

Application to Transfer Denied Feb. 18, 1986.

A.M. Spradling, Spradling & Spradling, Cape Girardeau, for appellant.

Dian C. Howard, Limbaugh, Limbaugh, Russell & Syler, Cape Girardeau, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a judgment for deficiency upon a promissory note following foreclosure upon real property.

Judgment affirmed. Rule 84.16(b).